**18**

STATE of Missouri, Respondent,

v.

John F. GATTENBY, Appellant.

No. WD 44590.

Missouri Court of Appeals,
Western District.

Dec. 15, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Dec. 22, 1992.

Application to Transfer Denied
March 23, 1993.

Susan L. Hogan, Appellate Defender,
Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before BERREY, P.J., and ULRICH and
SMART, JJ.

ORDER

PER CURIAM.

Consolidated appeal from convictions of
rape, § 566.030, RSMo 1986, sexual abuse
in the first degree, § 566.100, RSMo 1986,
and indecent exposure, § 566.130, RSMo
1986, and from the denial of a Rule 29.15
motion for post-conviction relief.

Affirmed. Rules 30.25(b) and 84.16(b).